IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **KENDRA LANELLE MANSFIELD,** | ) | |
| Plaintiff, | ) | Civil Action No. 7:23cv00335 |
| | ) | |
| v. | ) | OPINION and ORDER |
| | ) | |
| **MIDDLE RIVER REGIONAL JAIL,** | ) | By:  Robert S. Ballou |
| Defendant. | ) | United States District Judge |

Plaintiff Kendra Lanelle Mansfield, a Virginia inmate proceeding *pro se*, has filed an action under 42 U.S.C. § 1983 against the Middle River Regional Jail, alleging personal injury, denial of medical care, and being forced to pay for x-rays.  Pursuant to screening under 28 U.S.C. § 1915A, the court finds that this action must be dismissed because the jail is not a proper defendant.

Section 1983 provides a cause of action against a "person" who, acting under color of state law, violates the constitutional rights of another.  42 U.S.C. § 1983.  A jail facility is not a person subject to suit under § 1983.  *Jackson v. Middle River Regional Jail*, No. 7:22cv00264 at *1 (W.D. Va. May 25, 2022).  Accordingly, the Middle River Regional Jail is not a proper party.

The complaint is **DISMISSED** for failure to state a claim upon which relief may be granted and the matter is **STRICKEN** from the docket of this court.

The Clerk is directed to send a copy of this opinion and order to Mansfield.

Enter:  December 18, 2023

/s/ Robert S. Ballou

Robert S. Ballou
United States Magistrate Judge